UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40445 |
| | ) | Chapter 7 |
| JERRY ALLEN BURGE | ) | |
| SSN/ITIN xxx-xx-3186 | ) | ORDER APPROVING |
| | ) | EMPLOYMENT OF |
| and | ) | FITE & PIERCE LAW OFFICE |
| | ) | |
| MELISSA MAY BURGE | ) | |
| fka Melissa Chladek | ) | |
| SSN/ITIN xxx-xx-8595 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Lee Ann Pierce's Application for Approval of Employment of Fite and Pierce Law Office (doc. 19) and the record before the Court; and it appearing no objection to the application was timely filed; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Pierce's application is granted, and she is authorized under 11 U.S.C. § 327(a) to employ Fite & Pierce Law Office as counsel for the bankruptcy estate under the terms and conditions set forth in the application.

So ordered: August 5, 2009.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota